UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GARRY CHRISTOPHER FORSYTHE )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:13-00004<br><br>18 U.S.C. § 2<br>18 U.S.C. § 1343<br>18 U.S.C. § 1344<br>18 U.S.C. § 981(a)(1)(c)<br>18 U.S.C. § 981(a)(2)<br>18 U.S.C. § 982(b)<br>21 U.S.C. § 853(p)<br>28 U.S.C. § 2461(c) |

**UNDER SEAL**

**SEALED ORDER**

This matter comes before the Court on the Government's Motion to Seal the Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

TODD J. CAMPBELL
U.S. District Court Judge

Dated: 1-3-13