IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | Docket No. 3:13-00004 |
| | } | JUDGE HAYNES |
| GARRY CHRISTOPHER FORSYTHE | } | Magistrate Bryant |

MOTION TO CONTINUE TRIAL
CURRENTLY SET FOR MARCH 12, 2013
FOR SIX (6) MONTHS

Defendant respectfully moves to continue the trial in this matter currently set for March 12, 2013 for six (6) months. For cause, Defendant states the discovery process in this complex fraud case has just begun that requires the review of materials contained in approximately 160 banker's boxes. The Government has had access to this material for approximately five years and Defendant must make a thorough review of the material to evaluate the case and establish his defense. Defense Counsel has spoken with AUSA Little and has been advised that he is not opposed to this request. Further, attached hereto is the Defendant's waiver of speedy trial.

*[Handwritten note: This motion is granted in the interests of justice to allow defense counsel to be prepared for trial. /s/ [Judge] 2-25-13]*

Respectfully submitted,

/s/ Mark C. Scruggs
Mark C. Scruggs #10103
Attorney for Defendant Forsythe
95 White Bridge Road
Cavalier Building, Suite 508
Nashville, TN 37205
615-352-8326