IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | }<br>} |
| V. | } Docket No. 3:13-00004<br>} JUDGE HAYNES |
| GARRY CHRISTOPHER FORSYTHE | } Magistrate Bryant |

MOTION TO CONTINUE TRIAL
CURRENTLY SET FOR JUNE 9, 2015
TO SEPTEMBER, 2015

Defendant respectfully moves to continue the trial in this matter currently set for June 9, 2015 to September, 2015. For cause, Defendant states the discovery process in this complex fraud case is ongoing and expert witnesses have been retained. The Defense expert needs additional time in which to review almost 300 boxes of records generated by the Defendant in his business between 2002-2007. Defendant, his Counsel and expert have been diligently working to review over 10,000 real estate closing files compiled over a seven year period and comparing them to bank statements to determine WHERE funds went and WHETHER mistakes were made. It is expected that this will be the Defendant's last request for a continuance. Attached hereto is the Defendant's waiver of speedy trial. Therefore, Defendant requests the above relief.

*ORDER*

*This motion is GRANTED in the interests of justice to allow defense Counsel to be prepared for trial.*

*[signature] USMJ 423-[?]*